IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| RIP GRIFFIN TRUCK SERVICE CENTER, INC. | PLAINTIFF and COUNTER DEFENDANT |
| VS. Case No. 03-CV-4043 | |
| SMITH EQUIPMENT CO., INC. a/k/a Smith Equipment Company, Inc. | DEFENDANT and COUNTER CLAIMANT |
| SMITH EQUIPMENT CO., INC. a/k/a Smith Equipment Company, Inc. | THIRD-PARTY PLAINTIFF and COUNTER DEFENDANT |
| VS. | |
| MARTIN MARIETTA MATERIALS, INC. | THIRD-PARTY DEFENDANT and COUNTER CLAIMANT |
| MARTIN MARIETTA MATERIALS, INC. | CROSS-CLAIMANT and COUNTER DEFENDANT |
| VS. | |
| RIP GRIFFIN TRUCK SERVICE CENTER, INC. | CROSS-DEFENDANT and COUNTER CLAIMANT |

## ORDER

Before the Court is Smith Equipment Co., Inc. a/k/a Smith Equipment Company, Inc.'s ("Smith Equipment") Second Motion for Partial Summary Judgment. (Doc. 69) Rip Griffin Truck Service Center, Inc. ("Rip Griffin") has responded. (Doc. 75) Martin Marietta Materials, Inc. ("MMM") joined Smith Equipment's Second Motion for Summary Judgment. (Doc. 77) The Court will construe MMM's joinder as a motion for summary judgment. Rip Griffin has

responded to MMM's joinder.  (Doc. 84)  Smith Equipment has filed a reply.  (Doc. 92)  For the reasons discussed in the Memorandum Opinion of even date, the Court finds Smith Equipment and MMM's Second Motion for Partial Summary Judgment should be and hereby is **granted.**

IT IS SO ORDERED, this 26th day of August, 2005.

                                       /s/ Harry F. Barnes
                                       Hon. Harry F. Barnes
                                       U.S. District Court