IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| RIP GRIFFIN TRUCK SERVICE CENTER, INC. | PLAINTIFF and COUNTER DEFENDANT |
| VS. Case No. 03-CV-4043 | |
| SMITH EQUIPMENT CO., INC. a/k/a Smith Equipment Company, Inc. | DEFENDANT and COUNTER CLAIMANT |
| SMITH EQUIPMENT CO., INC. a/k/a Smith Equipment Company, Inc. | THIRD-PARTY PLAINTIFF and COUNTER DEFENDANT |
| VS. | |
| MARTIN MARIETTA MATERIALS, INC. | THIRD-PARTY DEFENDANT and COUNTER CLAIMANT |
| MARTIN MARIETTA MATERIALS, INC. | CROSS-CLAIMANT and COUNTER DEFENDANT |
| VS. | |
| RIP GRIFFIN TRUCK SERVICE CENTER, INC. | CROSS-DEFENDANT and COUNTER CLAIMANT |

## ORDER

Before the Court is Smith Equipment Co., Inc. a/k/a Smith Equipment Company, Inc.'s ("Smith Equipment") Third Motion for Partial Summary Judgment. (Doc. 81) Rip Griffin Truck Service Center, Inc. has responded. (Doc. 85) Smith Equipment has filed a reply. (Doc. 93) For reasons discussed in the Memorandum Opinion of even date, the Court finds Smith Equipment's Third Motion for Partial Summary Judgment should be and hereby is **denied.**

IT IS SO ORDERED, this 26th day of August, 2005.

                                              /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              U.S. District Court